UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22136-REID

ERLIN A. CHAVEZ,
*on behalf of herself and other
similarly situated individuals*,

  Plaintiff,

v.

LOTSPEICH COMPANY, INC.,

  Defendant.
_____/

**ORDER APPROVING SETTLEMENT AGREEMENT**

  This cause is before the Court upon the parties' Amended Joint Motion to Approve Settlement Agreement and to Dismiss with Prejudice (the "Motion"). [ECF No. 18]. The parties submitted a copy of their Settlement Agreement to the Court. The Court has conducted a fairness hearing and considered the terms of the Settlement Agreement and finds the Settlement Agreement is a fair and reasonable resolution of the parties' bona fide disputes. [ECF No. 25]. Additionally, the parties have consented to magistrate judge jurisdiction. [ECF No. 26].

  This case involves claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352–53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more

1

likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlement of litigation. *Id.* at 1354.

In this case, there is a bona fide legal and factual dispute over the FLSA provisions, and both parties were represented by counsel. The Court has reviewed the terms of the Settlement Agreement, including the amount Plaintiff will receive and the attorney's fees and costs to be received by counsel, and finds that the compromise reached by the parties is a fair and reasonable resolution of the parties' bond fide disputes. Accordingly, it is

**ORDERED AND ADJUDGED** that the parties' settlement agreement (including attorney's fees and costs) is hereby **APPROVED,** and the case be **DISMISSED WITH PREJUDICE**. The Court will **retain jurisdiction until December 9, 2022**, to enforce the terms of the Settlement.

**DONE AND ORDERED** in Chambers at Miami, Florida this 9th day of November 2022.

LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc: **All Counsel of Record**